**Francisco SANCHEZ–ROSALES,**
**Appellant,**

v.

**Mark WALTERSKIRCHEN; Gooden; Bradford Snyder; James Saver; Chris Chemesky, Doctors; Kelly Doe, Physician's Assistant, Appellees.**

No. 04–1507.

United States Court of Appeals,
Eighth Circuit.

Submitted July 7, 2004.

Decided July 9, 2004.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Francisco Sanchez-Rosales, Springfield, MO, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Francisco Sanchez–Rosales (Sanchez) appeals the district court's [*] preservice dismissal of Sanchez's *Bivens* action. *See Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Having carefully reviewed the record, we conclude dismissal was proper because Sanchez failed to state a constitutional claim for deliberate indifference to a serious medical need. *See Moore v. Duffy*, 255 F.3d 543, 545 (8th Cir.2001).

We note the district court assessed an initial partial appellate filing fee but did not order collection of the fee's balance. Accordingly, we affirm the judgment of the district court, *see* 8th Cir. R. 47A(a), and instruct the district court to assess and collect the balance of the appellate filing fee, *see Henderson v. Norris*, 129 F.3d 481, 484–85 (8th Cir.1997) (per curiam).

[*] The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.